[No. 8022–9–I. Division One. November 3, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. ABELS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–87288, Jerome M. Johnson, J., entered August 13, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 8058–0–I. Division One. November 3, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v. ERROL KEITH REPKE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–0023–0, David C. Hunter, J., entered September 28, 1979. *Remanded* by unpublished per curiam opinion.

[No. 7852–6–I. Division One. November 3, 1980.]

JUSUF SULEIMAN, *Respondent,* v. CHARLES CANTINO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 849608, W. R. Cole, J., entered July 12, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Durham, JJ.

[No. 4365–II. Division Two. November 4, 1980.]

WEYERHAEUSER COMPANY, ET AL, *Appellants,* v. CLALLAM COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 26722, Tyler C. Moffett, J., entered September 28, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.